In re Agnelly, Patricia Poissenot; Cousins, Adele; Cousins, Raymond; Darsam Jr., John M.; Dorand, Jane D.; Frisch-hertz, Linda; Frischhertz, Nancy; Montal-bano, Albert; Poissenot, Emile R.; Vidr-ios, James M.; — Plaintiff(s); Applying For Writ of Certiorari and/or Review, Parish of St. Bernard, 34th Judicial District Court Div. D, Nos. 106-535 C/W 107-688, 106-017 C/W 105-461 C/W 105-433 C/W 105-406 C/W 105-473 C/W 106-324 C/W 105-410 C/W 106-254; to the Court of Appeal, Fourth Circuit, Nos. 2011-CA-1065C/W 2011-CA-1127 C/W 2011-CA-1194 C/W 2011-CA-1195 C/W 2011-CA-1196, 2011-CA-753 C/W 2011-CA-754 C/W 2011-CA-917 C/W 2011-CA-918 C/W 2011-CA-1064.
Denied.